# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD A. PRECIADO-NUNO,

    Petitioner,

v.

ISIDRO BACA, et al.

    Respondents.

3:19-cv-00103-HDM-WGC

**ORDER**

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the court on petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1). The court finds that petitioner is able to the pay the filing fee. Accordingly, the application for leave to proceed *in forma pauperis* will be denied. Petitioner will be required to pay the $5.00 filing fee.

IT IS THEREFORE ORDERED that the application for leave to proceed *in forma pauperis* (ECF No. 1) is DENIED. Petitioner must pay the $5.00 filing fee within thirty days of the date of this order, or this action will be dismissed without prejudice.

The clerk shall send petitioner two copies of this order. Petitioner shall make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

IT IS SO ORDERED.

DATED: This 26th day of February, 2019.

                              _____
                              HOWARD D. MCKIBBEN
                              UNITED STATES DISTRICT JUDGE