**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EDWARD A. PRECIADO-NUNO, | ) | |
| Petitioner, | ) ) ) | 3:19-cv-00103-HDM-WGC |
| v. | ) ) | |
| ISIDRO BACA, et al. | ) ) | **ORDER** |
| Respondents. | ) ) | |

Respondents' motion for enlargement of time (ECF No. 9) is GRANTED. Respondents will have until July 30, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 24th day of June, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE