UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD A. PRECIADO-NUNO,<br><br>              Petitioner,<br>    v.<br>ISIDRO BACA, et al.,<br><br>              Respondents. | Case No. 3:19-cv-00103-HDM-WGC<br><br>**ORDER** |

    Respondents' Motion for Enlargement of Time (ECF No. 11) is GRANTED. Respondents will have until September 13, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

    IT IS SO ORDERED.

    DATED this 24th day of July, 2019.

                                       */s/ Howard D. McKibben*
                                       HOWARD D. MCKIBBEN
                                       UNITED STATES DISTRICT JUDGE