UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD A. PRECIADO-NUNO,<br><br>                Petitioner,<br>    v.<br><br>ISIDRO BACA, et al.,<br><br>                Respondents. | Case No. 3:19-cv-00103-HDM-WGC<br><br>**ORDER** |

Respondents' second Motion for Enlargement of Time (ECF No. 13) is GRANTED. Respondents will have until September 27, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS 12th day September, 2019.

*Howard D. McKibben*
_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE