UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD A. PRECIADO-NUNO,<br><br>             Petitioner,<br>  v.<br>ISIDRO BACA, et al.,<br><br>             Respondents. | Case No. 3:19-cv-00103-HDM-WGC<br><br>**ORDER** |

Before the Court is Respondents' Motion for Leave to File Exhibits Under Seal (ECF No. 22). Respondents seek leave to file under seal one document in support of the Motion to Dismiss (ECF No. 15) Petitioner Edward A. Preciado-Nuno's Petition for Writ of Habeas Corpus (ECF No. 7): Exhibit 224, Petitioner's Presentence Investigation Report ("PSI") (ECF No. 23-1). Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5).

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

///
///

**IT IS THEREFORE ORDERED:**

1. Respondents' Motion for Leave to File Exhibits Under Seal (ECF No. 22) is GRANTED.
2. Exhibit 224 (ECF No. 23-1) is considered properly filed under seal.

Dated: November 22, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE