UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD A. PRECIADO-NUNO,<br><br>　　　　　　Petitioner,<br>　v.<br>E.K. MCDANIEL, et al.,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00103-HDM-WGC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 28) is GRANTED. Respondents shall have until September 25, 2020, to file their answer to the petition in this case.

IT IS SO ORDERED.

DATED: This 23rd day of July, 2020.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

1