UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD A. PRECIADO-NUNO,<br><br>                    Petitioner,<br>     v.<br><br>E.K. MCDANIEL, et al.,<br><br>                    Respondents. | Case No. 3:19-cv-00103-HDM-WGC<br><br>ORDER |

A notice of electronic filing of the court's order of September 18, 2020, was sent to the petitioner at his last address, the Northern Nevada Correctional Center. In response, NNCC has advised the court that the petitioner has been paroled. The inmate locator on the state corrections department's website similarly reflects that petitioner has been released. The petitioner has not filed a notice of change of address. As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address,

IT IS THEREFORE ORDERED that this action shall be dismissed without prejudice.

The clerk shall enter final judgment accordingly, dismissing this action without prejudice.

IT IS SO ORDERED.

DATED: This 13th day of October, 2020.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE